FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
JUL - 7 2010
CLERK US DISTRICT COURT DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) 2:10-CR-0304-ECR (RJJ)
PATRICK AKOOPIE, )
Defendant. )

**ORDER OF FORFEITURE**

On July 7, 2010, defendant PATRICK AKOOPIE pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Sections 1344 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Information.

This Court finds that PATRICK AKOOPIE shall pay a criminal forfeiture money judgment of $150,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from PATRICK AKOOPIE a criminal forfeiture money judgment in the amount of $150,000.00 in United States Currency.

DATED this 7 day of July, 2010.

Edward C. Reed

UNITED STATES DISTRICT JUDGE