UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )     2:10-cr-00304-ECR-RJJ
                                 )
        Plaintiff,               )     MINUTES OF THE COURT
                                 )
vs.                              )     DATE: February 15, 2011
                                 )
PATRICK AKOOPIE,                 )
                                 )
        Defendant.               )
_____)

PRESENT:      EDWARD C. REED, JR.               U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN       Reporter:     NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

MINUTE ORDER IN CHAMBERS

　　　　Defendant was sentenced on October 13, 2010 (#17). Judgment was entered on October 18, 2010 (#19). No appeal was filed. On January 14, 2011, Defendant filed a motion for discovery (#23), which the Government opposed (#25). It does not appear that this Court has jurisdiction or authority to order discovery on a closed, un-appealed case.

　　　　If a motion pursuant to 28 U.S.C. § 2255 were filed, there might be some circumstances where such a movant would be entitled to discovery. We do not decide that issue at this time.

　　　　**IT IS, THEREFORE, HEREBY ORDERED** that Defendant's motion for discovery (#23) is **DENIED**.


                                        LANCE S. WILSON, CLERK

                                        By      /s/
                                             Deputy Clerk